*SPECIAL PROCESS* ... *TRO RESTRAINING ORDER SDPD. CORPORAL PUNISHMENT INVOLVED.*

*EXIBIT SUPPLEMENTAL WILL FOLLOW: EXHIBITS.*

CHRIS HAWKINS.
(Name)

1173 FRONT STREET
(Address)

SAN DIEGO, CA, 92101.
(City, State, Zip)

25710758. Housing: 001/6/5/09.
(CDCR / Booking / BOP No.)

```
┌─────────────────┐
│     FILED       │
│  ┌───────────┐  │
│  │JUL 2 5 2025│  │
│  └───────────┘  │
│ CLERK, U.S. DISTRICT COURT │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY_____DEPUTY │
└─────────────────┘
```

# United States District Court
## Southern District of California

CHRIS HAWKINS., )
(Enter full name of plaintiff in this action.) )
)
Plaintiff, )    Civil Case No. **'25 CV 1956 WQH DEB**
)    (To be supplied by Court Clerk)
RIVE APARTMENTS PROPERTY OWNER DBA DOES 1-20. )
v. )
JESUS MARTIN DEL CAMPO. ETAL DOES 1-20. )
DISTRICT ATTORNEY OF SAN DIEGO. ETAL DOES 1-20. )    Complaint under the
CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA ETAL DOES 1- )    Civil Rights Act
SAN DIEGO PROBATION, SAN DIEGO COUNTY JAIL ETAL, DOES 1-20 )    42 U.S.C. § 1983
SAN DIEGO POLICE DEPARTMENT, ETAL, DOES 1-20. )
(Enter full name of each defendant in this action.) )
Defendant(s). SALDANA) SD-1806, Dylan McGill SD-7688, )
PATRICK KINNERK SD-7936, NOAH A.
CORY M. BROWN SD-1896, FILIBERTO TAPIA SD-7821, MITCHELL R. FORD SD-5582, RICHARD SULLIVAN SD-7406
ETAL, All DOES 1-20.

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, CHRIS HAWKINS.
(print Plaintiff's name)
_____, who presently resides at 1173 FRONT STREET SAN DIEGO, CA, 92101.
(mailing address or place of confinement)
CASA DE ORO APARTMENTS 3795 70th STREET #80, LA MESA, CA, 92115.     , were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at 6345 EL CAJON BLVD
SAN DIEGO, CA, 92115.     on (dates) 3-13-25, PC-71(4)(2), and PC-3455    . PC-148(A)(1)
(institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)     con-4.
1173 FRONT STREET SAN DIEGO, CA, 92101     PC-69 x2     THEFTS.     PRCS REVOCATION)     OBSTRUCTION
     (A)
     RESISTING.

PC-602 (O)(1)     PC-243 (B)
§ 1983 SD Form     TRESPASSING.     BATTERY.
(Rev. 8/15)     Count 5.     Count 6.

INFORMENTS SURRENDAM WILL FOLLOW ; *EXHIBITS.    *RESTRAINING ORDER BPAD.
*CORPORAL PUNISHMENT INVOLVED.
IN ORDER FOR ... NECESSARY TRO.

CHRIS HAWKINS,
(Name)

1173 FRONT STREET
(Address)

SAN DIEGO, CA, 92101.
(City, State, Zip)

25710758., Housing: 0011161El09.
(CDCR / Booking / BOP No.)

```
FILED
JUL 2 5 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY
```

# United States District Court
## Southern District of California

CHRIS HAWKINS,                                          )
(Enter full name of plaintiff in this action.)          )
                                                        )
                          Plaintiff,                    )    Civil Case No._____
                                                        )    (To be supplied by Court Clerk)
                                                        )
  v. RIVE APARTMENTS PROPERTY/OWNER QBA, DOES 1-20      )
  JESUS MARTIN DEL CAMPO. ETAL DOES 1-20.               )
  DISTRICT ATTORNEY OF SAN DIEGO ETAL, DOES 1-20, SD. CAL ETAL DOES 1  Complaint under the
  CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ETAL DOES 1-20  Civil Rights Act
  SAN DIEGO PROBATION, SAN DIEGO COUNTY JAIL ETAL, DOES 1-20  )    42 U.S.C. § 1983
  SAN DIEGO POLICE DEPARTMENT, ETAL, DOES 1-20  )
(Enter full name of each defendant in this action.)     )
PATRICK KINNEUR SD-7936, NOAH A. SALDANA Defendant(s). SALDANA SD-1806, SAN DIEGO POLICE DEPARTMENT, DYLAN MCGILL SD-7687
COREY M. BROWN SD-1896, FILIBERTO TAMA SD-7821, MITCHELL R. FORD SD-5582, RICHARD SULLIVAN SD-7406 ETAL
                                                        ALL = DOES 1-20

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
9TITLE 15 U.S.C. CRIMES PREVENTION AND CORRECTION, 9TITLE 24 U.S.C., 18 U.S.C. §2340 (2007), §1503.

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, CHRIS HAWKINS
1173 FRONT STREET (print Plaintiff's name) SAN DIEGO, CA, 92101
CASA DE ORO ALVARADO , who presently resides at 3315 OCEAN FRONT WALK, MISSION BEACH,
(mailing address or place of confinement)
CA, 92109, 3795 70TH STREET #80, LA MESA, CA, 92115. , were violated by the actions of

the below named individuals. The actions were directed against Plaintiff at SAN DIEGO

1173 FRONT STREET, 6345 EL CAJON BLV on (dates) 3-13-25 , 3-13-25 , and 3-13-25    3-13-25
(institution/place where violation occurred)          (Count 1)        (Count 2)      (Count 3) (CONT.)

SAN DIEGO CA, 92101, 92115.                            PC-69 x2      PC-71(a)(a)    PC-3455     148(a)(1)
                                                      RESIST(G) (4)   THREATS(4)   PRCS BREACH PC-[ ]

§ 1983 SD Form
(Rev. 8/15)                                           PC-602 (0)(A)  PC-243 (B)

                                                      3-13-25,       3-13-25,
                                                      TRESPASSING    BATTERY.

... TO ... SUMMARY OF ... ... CLAIMS IS ACCOUNTED FOR AS DOES ORDER OF DEFENDANTS EXACTLY.

(ADMINISTRATIVE SEGREGATION)

(DENIAL OF MEANINGFUL ACCESS IS ABSOLUTE).

July 18th 2025

```
FILED

JUL 2 5 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY
```

'25 CV 1956 WQHDEB

* PREVIOUS RECORD OF FILING PROVIDED ZERO ERRORS TO CONCLUDE FILING.

THEIR ARE 16 DEFENDANTS.

ONLY DISCREPANCY IS SD. CAL AFTER THE DISTRICT ATTORNEY REPEATS IN WHERE AS ATTORNEYS BELOW WHERE THE INFORMA PAUPERIS DOES NOT HAVE THAT.

* PLZ ALLOW ERRORS.

* DEFENDANTS ORDERS:

1. PATRICK KINNERK SD-7936.
2. NOAH A. SALDANA, SD-1806.
3. SAN DIEGO POLICE DEPARTMENT.
4. RIVE APARTMENTS.
5. JESUS MARTIN DELCAMPO.
6. DYLAN MCGILL. SD-7688.
7. CORY M. BROWN. SD-1896.
8. FILBERTO TAPIA. SD-7821.
9. MITCHELL R. FORD. SD-5582.
10. SAN DIEGO PROBATION.
11. THE DISTRICT ATTORNEY OF SAN DIEGO.
12. RICHARD SULLIVAN. SD-7406.
13. SAN DIEGO COUNTY JAIL.
14. STATE OF CALIFORNIA.
15. COUNTY OF SAN DIEGO.
16. CITY OF SAN DIEGO.

CAUSE OF ACTION ORDER:

1. PATRICK KINNERK. SD-7936.
2. NOAH A. SALDANA. SD-1806.
3. CORY M. BROWN. SD-1896.
4. DYLAN MCGILL. SD-7688.
5. FILBERTO TAPIA. SD-7821.
6. MITCHELL R. FORD. SD-5582.
7. RICHARD M. SULLIVAN. SD-7406.
8. DISTRICT ATTORNEY OF SAN DIEGO.
9. JESUS MARTIN DELCAMPO.
10. PROPERTY OWNER OF RIVE APARTMENTS, DBA.
11. SAN DIEGO PROBATION DEPARTMENT.
12. SAN DIEGO POLICE DEPARTMENT.
13. COUNTY OF SAN DIEGO.
14. CITY OF SAN DIEGO.
15. SAN DIEGO COUNTY JAIL.
16. STATE OF CALIFORNIA.

*REQUEST FOR IMMEDIATE INJUNCTIVE IN A BRIEF*
*Partial SETTLEMENT ONE lup Sum.*

# INSTRUCTIONS FOR FILING
## CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983
### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

(1) This complaint must be legibly handwritten or typewritten, and signed by the plaintiff. All questions must be answered concisely in the proper space on the form. Do NOT write on the back of any page. No citation of case or statutory authority is necessary.

*SUPPLEMENTAL INFORMATION TO*
*FOLLOW ATTACHED PAGES OF*
*DISCOVERY AND EXHIBITS.*

(2) Additional pages not to exceed fifteen (15) in number may be included with the court approved form complaint, provided the form is completely filled in to the extent applicable in the particular case.   This limitation does not include exhibits.

(3) Upon receipt of a **fee of $405** ($350 statutory fee and $55 administrative fee) your complaint will be filed if it is in proper order. The $405 fee must be submitted with the complaint, not separately.

*Indigency WAIVER Included*

(4) If you do not have the necessary funds to pay the filing fee or cannot afford to pay for transcripts, counsel, appeal, or other costs connected with this civil action, you may request permission to proceed in forma pauperis, in which event you must execute a separate form provided by the Court, entitled "Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis" *SENT SEPERATELY DUE TO* setting forth information establishing your inability to pay fees or costs. *Postage Issue ANNUAL REQUIREMENT*

↓

IF YOU ARE A PRISONER, you must attach a certified copy of your prison trust account statements for the 6-month period immediately preceding the filing of the complaint per 28 U.S.C. § 1915(a)(2) or your motion to proceed in forma pauperis will be denied. Even if your motion to proceed in forma pauperis is granted, however, the Court may assess an initial partial filing fee at the time your action is file and the $55 administrative fee will be waived. After the initial partial fee is assessed, YOU WILL STILL OWE THE BALANCE OF THE $350 STATUTORY FILING FEE WHICH THE COURT WILL ORDER GARNISHED FROM YOUR PRISON TRUST ACCOUNT.

(5) When the complaint is fully completed, it must be mailed to:

**Clerk of U.S. District Court**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

*2 FOREVER STAMP NO longer PROVIDES Postage FOR A 1983 COMPLAINT, IN FORMA PAUPERIS MAILED SEPARATELY.*

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

(1) Defendant __Patrick Kinnerk 80-7936__ resides in __San Diego__,
  (name)                                    (County of residence)
and is employed as a __Duly Sworn Police Officer__. This defendant is sued in
  (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Excessive Force, Corporal Injury to Someone Disabled, Illegal Detainment on Someone__
__Accused of Trespassing, Destruction of Evidence, False Arrest, Unlawful Imprisonment,__
__Unlawful Revocation of Probation, Charges to Presume, False Police Report, Battery upon Person, Slander, Defamation__

(2) Defendant __Noah A. Saldana 80-1806__ resides in __San Diego__,
  (name)                                    (County of residence)
and is employed as a __Duly Sworn Police Officer__. This defendant is sued in
  (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Excessive Force, Corporal Injury to Someone Disabled, Illegal Detainment on Someone__
__Accused of Trespassing, Destruction of Evidence, False Arrest, Unlawful Imprisonment,__
__Unlawful Revocation of Probation, Charges to Presume, False Police Report, Battery upon Person, Slander, Defamation__

(3) Defendant __San Diego Police Department__ resides in __San Diego__,
  (name)                                    (County of residence)
and is employed as a __Department of Commerce Control of Reform__. This defendant is sued in
  (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Responsible for the Actions of Excessive Force by the Officers Involved, False Arrest,__
__Public Endangerment, Defamation of Character, Destruction of Civil Rights, Extortion__
__of Financial Endangerment to Commit False Arrest, Corporal Punishment w/ Intent to Cause GBI.__

(4) Defendant __Rive Apartments, Conservatorship__ resides in __San Diego__,
  (name)                                    (County of residence)
and is employed as a __Official Property Deed to Owner Titlement__. This defendant is sued in
  (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __False Police Report of Employment to Ownership, w/ Malicious Intent__
__to Cause Harm to a Disabled Person, False Arrest, Destruction of Evidence, Infliction__
__of Wanton Injury Destructive of Person w/ Disability to Commit Endangerment, Slander, Defamation of Character.__

(5) __Defendant: Jesus Martin Delcampo, resides in San Diego__
__and is employed as a: Employed Person of the Property Owner (DBA) - Security Guard. The Defendant__
__is Sued in his ☒ Individual ☐ Official Capacity. Explain how this Defendant was acting under__
__Color of Law: False Police Report, False Arrest, Malicious Endangerment, False Detainment,__
__False Imprisonment w/ Intent to Cause Great Bodily Injury to Invoke Corporal Injury w/out Cause__

(6) __Defendant: Dylan McGill 80-7688 Resides in San Diego.__
__and is employed as a: Duly Sworn Police Officer. This Defendant is Sued in__
__his/her ☒ Individual ☐ Official Capacity. The Defendant is Explain how this Defendant was__
__Acting under color of law: Production of False Police Report to Produce Arrest, False Arrest, Falsifying Documents__
__to Produce Imprisonment, False Incarceration, Battery upon Person, Use of Excessive Force__

§ 1983 SD Form
(Rev. 8/15)                                    2



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

*Additional information for*
*Page 2:*

*Defendants continued:*

*July 14th 2025.*

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | Down town | 001/6/E/09. |

⑦ DEFENDANT: CORY M. BROWN SD-1896, * RESIDES IN: SAN DIEGO AND IS EMPLOYED AS A: DULY SWORN POLICE OFFICER, * THE DEFENDANT IS SUED IN HIS ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY, * EXPLAIN HOW DEFENDANT WAS ACTING UNDER COLOR OF LAW: FALSE POLICE REPORT TO PERFECT FALSE ARREST UNDER ILLEGAL DETAINMENT ORDER TO CONDUCT A PERSON OF RIGHTS, BATTERY UPON PERSON, EXCESSIVE FORCE, FALSE ARREST, CORPORAL INJURY TO PERSON UNDER RESTRAINT TO PRODUCE CRUEL AND UNUSUAL PUNISHMENT, ASSAULT, MALICIOUS ENDANGERMENT, DESTRUCTION OF EVIDENTIAL PROPERTY, INFLICTION OF FORCE TO PRODUCE TRAMA, CORPORAL PUNISHMENT DURING EXCESSIVE USE OF FORCE TO INFLICT DAMAGE UPON CHARGER.*

⑧ DEFENDANT: FILBERTO TAPIA, SD-7821, * RESIDES IN: SAN DIEGO AND IS EMPLOYED AS: ASSIGNED DETECTIVE FOR THE SAN DIEGO POLICE DEPARTMENT, * THIS DEFENDANT IS SUED IN HIS/ ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY. * EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: ASSISTANT TO THE OFFICER IN CHARGE FOR PRODUCTION OF A FALSE POLICE REPORT, ILLEGAL DETAINMENT BASED ON FALSE CIRCUMSTANCE TO PRODUCE SENTENCE FOR EXTORTION, EXTORTION, PRE-MEDITATION TO FALSE DOCUMENTS WITH THE INTENT OF IMPRISONMENT, FALSE INCARCERATION, MALICIOUS PROSECUTION WITH CONSPIRACY TO DESTROY EVIDENCE TO EXTORT MONIA BERUKI'S BUSINESS NO WORRIES MOVEMENT, * INTENT TO PRODUCE CONVICTION THROUGH FALSE EVIDENCE, SUBJECT TO EXTORTIVE MEASURES FOR REMOVAL OF EXCULPATORY DISCOVERY PRESENTAMENT OF EVIDENCE BEING DESTROYED BY OFFICER OF CORRUPTION, EXCESSIVE AND MALICIOUS PROSECUTION TO COMPLETE EXCESSIVE HARM TO PERSON, INTENTIONAL ENDANGERMENT, ATTEMPT TO DESTROY EVIDENCE, * FALSE CHARGES, * FALSE ARREST.*

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)



*Additional Attachment For*
*Page 2 Discovery. Of Witness.*
*Defendants Continued:*
*July 14th 2025.*



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | Down Town. | OO1/6/8/09. |

9 DEFENDANT: MITCHELL R. FORD. SD-5582, *RESIDES IN: SAN DIEGO, AND IS EMPLOYED AS A: Duly Sworn Police Officer Sergeant. *THIS DEFENDANT IS SUED IN HIS ☐ INDIVIDUAL ☐ OFFICIAL CAPACITY. *EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: *SUBMISSION OF FALSE POLICE REPORT, REMOVAL OF AQUIRED EVIDENCE, FALSE ARREST, UNLAWFUL DETAINMENT, DESTRUCTION OF EVIDENCE FOR PROSECUTION, *FALSE CHARGES. *

10. DEFENDANT: SAN DIEGO PROBATION. RESIDES IN: SAN DIEGO, AND IS EMPLOYED AS A: EMPLOYEE OF THE CITY OF SAN DIEGO, Duly Sworn Employee. *THIS DEFENDANT IS SUED IN HIS/HER ☐ INDIVIDUAL ☐ OFFICIAL CAPACITY. *EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: *SUBMISSION OF FALSE AUTHORITY, EXTORTION, ENTRAPMENT, ENDANGERMENT, MALICIOUS PROSECUTION W/ INTENT TO EXTORT, FALSE ALLEGATIONS, FALSE CHARGES, INTENTIONAL IMPRISONMENT W/ OUT CAUSE, INJURY UPON PERSON, ILLEGAL INVESTIGATION, *VIOLATION OF 4TH AMENDMENT RIGHTS, CORPORAL PUNISHMENT W/ INTENT TO CAUSE GREAT BODILY INJURY, EXTORTION OF REAL PROPERTY/AND TITLEMENT, TRESPASSING, CRUEL AND UNUSUAL PUNISHMENT TO EXTORT FUNDS FROM local BUSINESS OWNER, *FALSE ARREST, *ATTEMPT AT POSITION OF AUTHORITY TO PRODUCE FALSE ARREST IN MATTER. *EXCESSIVE FORCE WITH INTENT TO PRODUCE GREAT BODILY INJURY, *CORPORAL INTENT TO CRUELTY UPON PERSON OF CHOICE. *FALSE CHARGES WITH INTENT TO USE FORCE LIKELY TO CAUSE PERMANENT DISABILITY, *PRODUCTION OF FALSE EVIDENCE TO SUPPORT CAUSE. *

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

*ADDITIONAL ATTACHMENT FOR :*
*PAGE 2,   DISCOVERY OF WITNESS*
*DEFENDANTS CONTINUED;*
*July 14th 2025.*

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/10/8/09. |

(11.) DEFENDANTS: THE DISTRICT ATTORNEY OF SAN DIEGO. * RESIDES IN: SAN DIEGO, STATE OF CALIFORNIA. AND IS EMPLOYED AS A: PROSECUTOR FOR THE CITY ATTORNEY. * THIS DEFENDANT IS SUED IN HIS/HER □ INDIVIDUAL ☒ OFFICIAL CAPACITY. * EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: * FALSE CHARGES, MALICIOUS PROSECUTION WITH THE INTENT TO DESTROY EVIDENCE OF AQUITAL BY JURY, * FALSE ARRAIGNMENT TO PRODUCE PHYSICAL CHARGES FOR CONVICTION, * FALSE ARREST TO PROTECT THE PROTECTION OF FALSE EVIDENCE USED FOR CONVICTION TO PRODUCE HARM TO PERSON w/ CORPORAL PUNISHMENT, * ATTEMPT AT GREAT BODILY INJURY, TO PRODUCE CONVICTION OF MURDER. * EXTORTION TO CAUSE INJURY TO SETTLEMENT OFFER.*

(12.) DEFENDANTS: RICHARD SULLIVAN SD- 7406. * RESIDES IN: SAN DIEGO. AND IS EMPLOYED AS A: DULY SWORN POLICE OFFICER Sgt. * THIS DEFENDANT IS SUED IN HIS ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY. * EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: * PRESENTMENT OF FALSE DOCUMENTS TO CONDUCT ARREST, * FALSE IMPRISONMENT, * FALSE ARREST TO COMMIT CORPORAL INJURY UPON PERSON OF DISABILITY, DESTRUCTION OF EVIDENCE FOR AQUITAL, CORPORAL INJURY, * FALSE POLICE REPORT.*

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

*ADDITIONAL ATTACHMENT FOR: PAGE 2, DISCOVERY OF WITNESS DEFENDANTS CONTINUED; July 18th 2025.*

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/6/5/09. |

13. DEFENDANTS: SAN DIEGO COUNTY JAIL.    * RESIDES IN: SAN DIEGO, STATE OF CALIFORNIA. AND IS EMPLOYED AS A: OFFICIAL CAPACITY FOR INCARCERATION TYPE 2 FACILITY. *THIS DEFENDANT IS SUED IN HIS/HER ☐ INDIVIDUAL ☒ OFFICIAL CAPACITY.    EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: * UNLAWFUL DETAINMENT, CORPORAL INJURY TO PUNISHMENT DURING INCARCERATION WITH MALICIOUS INTENT, TO CAUSE ADDITIONAL INJURY. * CRUEL AND UNUSUAL PUNISHMENT TO CAUSE PERMANENT DISABILITY, *DENIAL OF ACCESS TO LEGAL RESEARCH, * SEPERATION FROM COURT AND COUNSEL TO PRODUCE EXTENDED INCARCERATION TO INDUCE CORPORAL INJURY., * UNLAWFUL ABILITY TO STAND TRIAL DUE TO IMPACT OF INJURY TO CASUAL RELATIONSHIP TO REPRESENTATION. * CONDITIONS OF CONFINEMENT LIKELY TO PRODUCE HARM TO PERSON OF EXONERATION OF CHARGES TO REMOVE AQUITTAL., * MALICIOUS ENDANGERMENT TO TORTURE TO SUICIDE., * REMOVAL OF CHOICE TO REPRESENTATION. *FORCED PRODUCTION OF NON-FUNDAMENTAL PROCEEDINGS DURING INCARCERATION TO PRODUCE INJURY. *DENIAL OF COMMISSARY TO IMPAIR UNLAWFUL ACCESS THROUGH SEVERE INDIGENCY. *CONDITIONS TO PRODUCE IMPRISONMENT. *

14. DEFENDANTS: STATE OF CALIFORNIA.    * RESIDES IN: SAN DIEGO COUNTY. AND IS EMPLOYED AS A: OFFICIAL STATE OF RESIDENCY. * THE DEFENDANT IS SUED IN HIS/HER ☐ INDIVIDUAL ☒ OFFICIAL CAPACITY.    EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: * NO AUTHORITY TO PRODUCE ARREST, *MALICIOUS PROSECUTION LIKELY TO PRODUCE INJURY ADDITIONAL TO CORPORAL INJURY FOR ISSUANCE OF PUNISHMENT PRODUCED BY FORCE. *FALSE ARREST. *FALSE ARREST IN REPRISAL TO INDUCE PUNISHMENT. *ENDANGERMENT BY PROLONGED INCARCERATION TO COMPLETE DISFUNCTION, *REMOVAL OF RESOURCES TO PRODUCE SEVERE INDIGENCY RESULTING IN EXTENDED DISABILITY. * UNLAWFUL FALSE IMPRISONMENT, *CONSENT TO AUTHORITY OF MEDICAL WAS REMOVED. *CAUSE OF HARM DURING INCARCERATION. *

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

*ADDITIONAL ATTACHMENT FOR:*
*PAGE 2, DISCOVERY OF WITNESS*
*DEFENDANTS CONTINUED:*
*July 19th 2025.*

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: Nombre: | Booking No.: Número de recluso: | Facility: Institución: | Housing Unit: Unidad de habitación: |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/16/2/09. |

15. DEFENDANTS: COUNTY OF SAN DIEGO. *RESIDES IN: STATE OF CALIFORNIA.
AND IS EMPLOYED AS A: LIABILITY OF ISSUE UNDER STATE REGULATION. *THIS DEFENDANT IS SUED IN HIS/
HER ☐ INDIVIDUAL ☐ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER
COLOR OF LAW: *FALSE ARREST, UNLAWFUL DETAINMENT. *CORPORAL INJURY PRODUCED BY FALSE
ARRAIGNMENT TO CAUSE PERMANENT DISABILITY WHILE INCARCERATED, TO EXTEND INCARCERATION
WHILE IN CUSTODY FOR PURPOSE OF CONVICTION TO INCARCERATE FOR PRISON TO ENTRAP ISSUES.
DURING EXTORTION TO PERSON OF DISABILITY, *CAUSE OF JUSTICE IMPEDED BY GOVERNMENT EMPLOYEE

16.
DEFENDANTS: CITY OF SAN DIEGO. *RESIDES IN: STATE OF CALIFORNIA.
AND IS EMPLOYED AS: *FALSIFICATION OF DOCUMENTS TO DEPLOY ISSUE UNDER ATTACK BY WAY
OF ENTRAPMENT BY A GOVERNMENT EMPLOYEE TO IMPRISON PERSON OF INNOCENCE TO PREDICT
MURDER OF WITNESS WITH STATE ISSUED LIABILITY. *FALSE IMPRISONMENT, *FALSE ARREST, *PERMANENT TO
INJURY FOR PROLONGED USE OF CORPORAL INJURY THAT'S PERMANENT TO DISABILITY. *THIS DEFENDANT IS
SUED IN HIS/HER ☐ INDIVIDUAL ☐ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER
COLOR OF LAW: ↑ *FALSE ARREST, CORPORAL PUNISHMENT DURING INCARCERATION. *FALSE POLICE REPORT TO JUSTIFY
EXCESSIVE FORCE. *EXTORTION. *CONSENT TO MEDICAL WAS REMOVED,

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: <u>FALSE ARREST, USE OF EXCESSIVE FORCE, DUE PROCESS,</u>
<u>CRUEL & UNUSUAL PUNISHMENT, ENDANGERMENT, EXTORTION, FINANCIAL DESTRUCTION, CONDITIONS OF CONFINEMENT.</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

NO ARRESTING OFFICER.

* OFFICER PATRICK KINNEAR SD-7936 PRODUCED A FALSE POLICE REPORT AFTER ARREST THAT CLAIMED TO BE THE ARRESTING OFFICER USING FALSE STATEMENTS FROM VICTIM OF CIRCUMSTANCE, ASSAULT AND BATTERY PROVIDED ISSUES THAT WERE LIFE THREATENING. DENIAL OF ACCESS TO COURTS BY FALSE INCARCERATION TO ACHIEVE EXTORTIVE MEASURES TO INFLICT FINANCIAL DESTRUCTION. DUE PROCESS RIGHTS WERE VIOLATED TO PRODUCE ILLEGAL DETAINMENT THROUGH OUT PROCESS TO INFLICT ADDITIONAL PUNISHMENT OF EXTREME MENTAL ABUSE TO CRUEL AND UN-USUAL PUNISHMENT INCLUDING CORPORAL MISCONDUCT. USE OF THREATS DURING TRANSPORT OF USE OF PUNISHMENT EXCEEDING CORPORAL TO INJURY IN MALICE SERIOUS TO ASSIGNMENT, LIFEGUARDING. ILLEGAL DETAINMENT TO PERMANENT EFFORTS. FALSE CHARGES, MALICIOUS DESTRUCTION OF PROPERTY, SEXUAL MISCONDUCT, SLANDER, DEFAMATION OF CHARACTER, THEFT OF EVIDENCE, THEFT OF CLOTHING TO INFLICT CORPORAL PUNISHMENT W/ INJURY, THEFT OF EXCULPATORY DISCOVERY PREVENTING RELEASE, SLANDER THAT PREVENTED FREEDOM OF OWN RECOGNIZANCE W/O BAIL, RIGHT TO PROPER MEDICAL AND DENTAL TREATMENT HAS BEEN DENIED BY THE FACILITY ADDED TO QUESTION OF INVOLVEMENT FOR Ito EXTORTION BY LAW ENFORCEMENT's REPEATED ATTACKS FOR REVOCATION OF PROBATION. * UNLAWFUL INTENT TO ARREST PERSON W/ MALICIOUS ACCOUNTABILITY TO CAUSE HARM IN REPRISAL. * EXCESSIVE CHARGES TO PROLONG INVESTIGATION TO PROMOTE UNLAWFUL PUNISHMENT. * ASSAULT AND BATTERY TO PRODUCE INCITEMENT OF CHARGES. * ASSAULT BY HOMELESS., * ILLEGAL SEARCH & SEIZURE IN REMOVAL OF EXONERATION TO COMMIT ACQUITTAL. * FALSE CHARGES DURING INSTRUCTION TO FALSE CONVICT. * HARM TO SOMEONE OF DISABILITY TO PREVENT LIABLE SUBMISSION OF LAW SUIT. * DAMAGE TO EXTORTION OF SETTLEMENT OFFER. * SLANDER, DEFAMATION OF CHARACTER IN REMOVAL OF PROPERTY & CLOTHING AT SCENE. * THREATS TO WITNESS AT PRELIMINARY TO REMOVE POSSIBLE SELF REPRESENTATION. * REMOVAL OF PROPERTY TO OBSTRUCT JUSTICE. * PERJURY. * PROLONGED CORPORAL PUNISHMENT TO PRODUCE INJURY DURING TRANSPORT LIKELY TO PRODUCE GBI. *

§ 1983 SD Form
(Rev. 8/15)                                          3



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.  _July 15th 2025._

*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS, | 25710758, | DOWN TOWN. | 0201 / 6 / E / 09. |

2. COUNT 1 CONTINUED; EXCESSIVE FORCE, ILLEGAL DETAINMENT, FALSE INCARCERATION, DUE PROCESS, CRUEL & UNUSUAL

FALSE ARREST. PUNISHMENT, HINDERED RIGHTS TO PROSECUTION BY TRIAL, DESTRUCTION OF PROPERTY FOR ACQUITTAL, ILLEGAL SEARCH

SUPPORTING FACTS: UPON SUBMISSION OF A FALSE POLICE REPORT OFFICER NOAH A. SALDANA SD-1806

USED EXCESSIVE FORCE DURING AN UNLAWFUL DETENTION TO SUBDUE INCARCERATION FOLLOWING

THE ASSAULT AND BATTERY DURING INITIAL CONTACT. FALSE ARREST TO COMMIT FALSE INCARCERATION.

DESTRUCTION OF EVIDENCE WITH MALICIOUS INTENT OUT OF REPRISAL, SEXUAL MISCONDUCT ON A PERSON OF FREE

WILL, INTENT TO PREVENT RELEASE TO CAUSE CORPORAL PUNISHMENT DURING INCARCERATION TO INFLICT CORPORAL INJURY TO

SOMEONE OF DISABILITY, SLANDER, DEFAMATION OF CHARACTER., ILLEGAL SEARCH AND SEIZURE, REMOVAL OF CLOTHING TO PRODUCE

CORPORAL INJURY, ASSAULT.


3. DEFENDANT; EXCESSIVE FORCE, FALSE ARREST.

OFFICER; CORY M. BROWN SD-1896, FALSE POLICE REPORT, CONTENT TO INJURY FOR CORPORAL INVOLVEMENT TO

REPRISAL OF EVENTS DURING AN ILLEGAL DETENTION TO AFFECT MEMORY OF INVOLVEMENT TO DESTRUCTION OF CONDUCT

W/ MALICIOUS INTENT TOWARDS REPRISAL FOR COMMISSION OF FALSE CHARGES TO COMPLETION OF FALSE IMPRISONMENT

W/ INTENT TO PREVENT RELEASE FROM CUSTODY BY BAIL, INTENT TO DISUADE A PERSON FROM TESTIFYING THRU

REMOVAL OF EVIDENCE FOR PROSECUTION BEYOND REASONABLE DOUBT., SLANDER, TO INDUCE PUNISHMENT TO INJURY FOR

DESTRUCTION OF CHARACTER., ASSAULT BATTERY, DESTRUCTION OF PROPERTY.

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *July 15TH 2025,*
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS, | 25710758. | Down Town. | 00/ 10/5/09. |

COUNT 1 Continued : *EXCESSIVE FORCE, FALSE ARREST, FALSE POLICE REPORT, DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT TO CAUSE CORPORAL INJURY, UNLAWFUL ARRAIGNMENT, *FALSE IMPRISONMENT,

SUPPORTING FACTS:

4. DEFENDANT : *OFFICER Dylan McGill 3A-7688, , *USE OF ILLEGAL FORCE DURING DETAINMENT FOR INTENTION OF FALSE FUND, W/ THE CONCLUSION OF FALSE IMPRISONMENT TO CAUSE CORPORAL INJURY TO THE EXTENT OF SUFFERING BEYOND CORPORAL PUNISHMENT W/ CONCLUSION TO COMMIT PERSON OF DISABILITY TO GAIN ABILITY FOR EXTORTION TO PERSON BY FINANCIAL DESTRUCTION, , *FALSE POLICE REPORT (WITH INJURY), UNNECESSARY USE OF FORCE, EXCESSIVE FORCE TO CONCLUDE ILLEGAL ARREST, FALSE IMPERSONATION OF ILLEGAL DETAINMENT, DESTRUCTION OF PROPERTY, *FALSE ARREST, *INFLICTION OF CORPORAL PUNISHMENT TO CONCLUDE FALSE INCARCERATION, SLANDER, DEFAMATION OF CHARTER, SEXUAL MISCONDUCT DURING USE OF FORCE, *

5. DEFENDANT : *OFFICER DETECTIVE ASSIGNED, FILBERTO TAPIA 3D-7821, *PRODUCTION OF FALSE DOCUMENTS POLICE REPORT W/ THE ATTEMPT OF IMPRISONMENT, *FALSE ARREST, TO COMMIT MURDER, PUBLIC ENDANGERMENT TO INFLICT INJURY TO SOMEONE OF DISABILITY, *REMOVAL OF EVIDENCE TO PRODUCE UNLAWFUL ARREST, DESTRUCTION OF EXONERATING EVIDENCE, UNLAWFUL INCARCERATION TO COMMIT EXTORTION, INFLICTION OF CORPORAL INJURY OF TO SOMEONE OF DISABILITY TO PRODUCE GREAT BODILY INJURY, *INFLICTION OF CORPORAL PUNISHMENT TO EFFECT SETTLEMENT OFFER PROLONGED EXTORTION TO PREVENT CONCLUSION, *

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side. _July 16th 2025._
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/6/5/09. |

*Count 1 Continued: *Unlawful Imprisonment, *False Arrest, Due Process, Meaningful Access, *Injury to Remove Exoneration.*

*Supporting Facts:

6. *Defendant: *Officer Sgt. Mitchell R. Ford SD-5582, *Production of False Police Report To Produce Emotional Damage upon Person Receiving Settlement To Produce Extortive Means.* *Destruction of Evidence To Produce Informal Condition of Arraignment To Prevent Release.* *False Imprisonment.* *False Arrest To Commit Intactual Injury.* *Motive To Extort Provided By Attempt To Murder By Someone Who Is Disabled.* *Malicious Prosecution In Reprisal To Incite Fear.*

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)



CAUSE OF ACTION
C.

"JUDGEMENT RESPECT TO FULL DISCOVERY.

# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *July 17th 2025.

*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: / Nombre: | Booking No.: / Número de recluso: | Facility: / Institución: | Housing Unit: / Unidad de habitación: |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | Down Town. | 001/6/E/09. |

*Count 1 Continued: *False Arrest, Unlawful Imprisonment., Due Process, Meaningful Access, *Illegal Search and Seizure., Slander.

*Supporting Facts:

7. Defendant: *Sgt. Richard M. Sullivan. SD-7406,. *Produced False Police Reports for the Purpose of False Incarceration., *Extort to Commit Murder., *Purpose of Doing Damage for Purpose of Extortion to Commit Great Bodily Injury to Excite Emotional Damage to Inflict Permanent Disability to Produce Change in Testimony., Obstruction of Justice, *Endangerment to Person of Disability, *False Charges, *Destruction of Exoneration of Evidence to Chain of Custody, *Public Endangerment to Produce Custody of Person,*

8. Defendant:

*District Attorney of San Diego., *Production of False Arraignment to Endangerment of Person, *Malicious Prosecution with Intent to Cause Harm., *Destruction of Evidence to Produce False Imprisonment, *False Arrest., *Cruel and Unusual Punishment During Incarceration to Inflict Corporal Punishment w/ Corporal Injury., *Defamation of Character. *False Arrest, *Violation to Fourth Amendment Rights. *False Charges with use of Production of False Documents to Police Reports of Perjury. Withholding Evidence with Presentment of False Complaint. *Slander *

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)

CAUSE OF ACTION

Discovery.



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *July 18th 2025.*
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 00116/E/09. |

*Count 1 Continued:* *FALSE ARREST, FALSE IMPRISONMENT, EXCESSIVE FORCE., DUE PROCESS., DEMAND NEGLIGENT ACCESS.*

*Supporting Facts:*

9. DEFENDANT: JESUS MARTIN DELGADO, *EMPLOYER OF RIVE BUILDINGS. *FALSE POLICE REPORT., *FALSE ARREST TO CAUSE HARM UPON PERSON TO INFLICT WILL FOR REASONS OF INJURY., *FALSE STATEMENT TO CAUSE ADDITIONAL CHARGES., *ILLEGAL DETAINMENT OF PERSON OF FREE WILL., *DEFAMATION OF CHARACTER., *DESTRUCTION OF PERSONAL PROPERTY TO COMMIT THEFT, FOR PURPOSE OF IMPRISONMENT., *USE OF FORCE., *SEXUAL MISCONDUCT OF CELLULAR NATURE TO PRODUCE EVIDENCE FOR ARREST., *REMOVAL OF EVIDENCE TO SUPPORT FALSE CONVICTION.*

10. DEFENDANT: PROPERTY OWNER OF RIVE APARTMENTS DBA., *FALSE PRODUCTION OF ILLEGAL EVIDENCE FOR CONVICTION TO ENSUE.*

11. DEFENDANT: SAN DIEGO PROBATION DEPARTMENT. ETAL. *MALICIOUS ENDANGERMENT W/ THE INVOLVEMENT TO CAUSE MURDER TO PERSON., *MALICIOUS PROSECUTION., *EXTORTION., *FALSE ARREST. *REPEATED FALSE IMPRISONMENT., *REPEATED ATTEMPTS TO CAUSE MURDER UPON PERSON DURING EXERTION OF BUSINESS INVOLVING CRUELTY TO PERSON OF DISABILITY TO PRODUCE SUICIDE., *PREMEDITATION TO FALSE ARREST., *ATTEMPT AT MURDER UPON PERSON., *WARRANTLESS RE-ARREST ON REPEATED CREATION TO PRESENT FALSE CHARGES. *HUMAN TRAFFICKING. *REPEATED REARREST TO JUSTIFICATION OF FALSE INVESTIGATION DURING TIME OF SETTLEMENT TO DESTRUCT FINANCIAL STABILITY TO CAUSE RESIDUAL

**OVER / *VEA AL REVERSO*** Dictation OF MURDER TO PERSON OF WITNESS VALUE.*

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side. July 18th 2025.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | Down Town. | 0011 6E/09. |

*Count 1 Continued: *False Arrest, Excessive use of Illegal Force, Illegal Detainment., *False Imprisonment., Denial of Meaningful Access., Due Process, Cruel and unusual Punishment, Corporal Injury. Denial of Right to Freedom to Encite Murder.*

*Supporting Facts:

12. Defendants: *San Diego Police Department. DBA *Malicious Endangerment with the Intent to Cause Harm, *False Arrest to Cause Endangerment to Person of Disability., *Malicious Prosecution with the Intent to Cause Injury., *Attempt at Murder upon Person to Commit Extortion of great Financial Injury., *Use of False Police Reports to Commit Arrest., *Destruction of Evidence to Produce False Imprisonment., *Repeated Arrest to Cause Destruction of Evidence., *Failure to Produce Legal Cause for Arrest., *Obstruction of Justice., *Removal of Exonerating Evidence., *Excessive Force to great Bodily Injury upon Person., *Theft of Property., *Cruel and unusual Punishment to Cause Intentional Corporal Misconduct upon Injury., *Sexual Misconduct of Multiple Police Officers During False Arrest., *Slander., *Defamation to Character., *Financial Destruction w/ Intent for Removal of Land Ownership., *Intentional Prosecution For the Purpose of Extended Incarceration For the Infliction of Corporal Punishment., *Emotional Destruction of Permanent Disability and Destruction of All Things Involved. *Kidnapping., *Removal of Property to Prevent Means of Existance., *Proof of Existance of Attempt to Commit Murder., *Forced Production of Medical Procedure During Assault. *Production of False Police Reports to Cause Extortion to Person Receiving Settlement. *False Charges to Prolong Incarceration., *or Illegal long Term Investigation to Distort Options. *Continued use of Force to Deny Person of Life and Liberty to Cause Harm. *Violation of 4th Amendment Right to Search and Seizure. *Repeated History of Corporal Punishment During Obstruction of Justice. *Cruel and unusual Punishment to Cause Murder upon Person of Disability with Duration Continual Threat of Harm. *

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

Supplement Armerdment to Follow
Discovery.

IT IS IMPORTANT for the person receiving this letter to read the opposite side.    July 18th 2025.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/6/E/09. |

Count 1 Continued : *EXCESSIVE FORCE USE OF SELF DEFENSE. *OPPORTUNITY FOR ARREST UNDER THE LAW OF REPAIR DUE PROCESS, *FALSE ARREST. *DEFENSE TO CRIME REDUCED TO INVOLVE VIOLENCE. *LOST RIGHT TO FREEDOM *POLICE BRUTALITY. *

Supporting Facts :

13. DEFENDANTS : *COUNTY OF SAN DIEGO. *DUE PROCESS WITH MALICIOUS UNDERTONE TO DUTY FOR INVOLVEMENT OF PROSECUTION OF FALSE ARRAIGNMENT TO CHARGES OF VIOLENCE. *CRUEL AND UNUSUAL DESTRUCTION. *REMOVAL OF RIGHTS TO PREVENT RELEASE. *EXTORTION THROUGH EXTENDED PROCESS OF SETTLEMENT TO COMMIT FELONY COMPLAINT. *CHARGES ARE TO COMMIT MURDER OF PERSON NOT EXPECTED TO SURVIVE DURATION OF PROCESS RECEIVING CORPORAL PUNISHMENT. *MALICIOUS PROSECUTION TO CAUSE INJURY TO PERSON. *

14. DEFENDANT : *CITY OF SAN DIEGO. *FALSE ARREST FOR PRODUCTION OF VALUE FOR INDIGENT PERSONAL INJURY TO PERSON INVOLVING THE POLICE DEPARTMENT FOR PERSONAL ACCOMPLISHMENT OF INJURY. *MALICIOUS TO INJURY OF PROSECUTION THREAT OF EVIL TO COMMIT INJURY UPON PERSON. *PRODUCTION OF FALSE POLICE REPORT FOR THE USE OF PROPERTY DESTRUCTION TO COMMIT INJURY OF FALSE COMPLAINT. *

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)

*CAUSE OF Actis
C.

~Subject Statement to
Follow Discovery.



## San Diego County
## SHERIFF'S DEPARTMENT
### INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.   July 21st 2025.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 001/6/5/09. |

COUNT 1 CONTINUED : *FALSE ARREST, CONDITIONS OF CONFINEMENT., MEANINGFUL ACCESS., DUE PROCESS. SLANDER, DEFAMATION OF CHARACTER, EXCESSIVE FORCE.,

15. DEFENDANTS: SAN DIEGO County Jail. *UNLAWFUL DETAINMENT INSIDE THE FACILITY TO CAUSE INJURY TO PERSON OF DISABILITY. DENIAL OF ACCESS TO COURT AND COUNSEL TO CAUSE INJURY OF SELF REPRESENTATION DURING CONFINEMENT. *ORDERS TO PRODUCE CAUSED MENTAL DISABILITY OF PERMANENT DAMAGE. *FRAUDULENT MEANS OF ACCESS TO ACTUAL MEANS OF LITIGATION INFORMATION HINDERED TO INFORCE MEANINGFUL ACCESS PROLONGED INCARCERATION OF UNLAWFUL MEANS ALSO MALICIOUS PROSECUTION BY FACILITY. *RIGHT TO INFORMATION VOIDED TO OBSTRUCT RIGHT TO REPRESENTATION OF MEANINGFUL RIGHT. *CRUEL & UNUSUAL PUNISHMENT TO INFLICT EMOTIONAL DAMAGE, CONDITIONS OF CONFINEMENT TO BE UNSANITARY. *INFLICTION OF REPRISAL THRU MALICIOUS CORPORAL INJURY, FRAUDULENT MEANS OF LEGAL PROCESS REMOVED AS MEANS TO EXPERT. *REMOVAL OF COMMISSARY TO CITE AND RELEASE ORDER. *DENIAL OF INFORMATION PREVENTED RELEASE TO SOCIETY. *DENIAL OF INFORMATION ORDERS. *DENIAL OF MEANINGFUL ACCESS. *RIGHT TO MEDICAL CARE WAS REMOVED *RIGHT TO RELIGION, CHURCH AND RELIGIOUS CHOICE OF FOOD HAS BEEN REMOVED. *RIGHTS TO EXHAUSTION OF ADMINISTRATIVE REMEDIES HINDERED AND INVALID. *FAMILY VISITATION HAS BEEN REMOVED THRU INDIGENCY.*

OVER / *VEA AL REVERSO*

J-56 FRONT (Rev. 01/23)



CAUSE OF AC... *8 SEE ... ... TO
C. ___

Fallow DISCOVERY.

# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.   July 21ˢᵗ 2025

*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name: *Nombre:* | Booking No.: *Número de recluso:* | Facility: *Institución:* | Housing Unit: *Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758. | DOWN TOWN. | 0011 6/E/09. |

*Count 1 Continued: FALSE ARREST, *EXCESSIVE FORCE, *MEANINGFUL ACCESS, DUE PROCESS, *UNLAWFUL Commit to ARREST, UNLAWFUL INCARCERATION, *CRUEL & UNUSUAL PUNISHMENT TO PERSON OF DISABILITY.*

16. DEFENDANTS: STATE OF CALIFORNIA, *REMOVAL OF DUE PROCESS BY LAWFUL INTERFERANCE. *VIOLATION OF RIGHT TO ACCESS COURTS. *CRUEL & UNUSUAL PUNISHMENT WHILE IN CUSTODY. *BATTERY, *REMOVAL OF RIGHT TO BAIL. *INFLICTION OF CORPORAL PUNISHMENT MALICIOUS INTENT TO PERMANENT INJURY. *MALICIOUS PROSECUTION IN MALICE REPRISAL. *DENIAL OF RIGHT TO BAIL., *REMOVAL OF RIGHT TO PROVIDE COUNSEL.*

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)

Count 2:  The following civil right has been violated: MEANINGFUL ACCESS., DUE PROCESS, WRIT OF HABEUS,

(E.g., right to medical care, access to courts,

OBSTRUCTION BY FACILITY, DUE PROCESS, CONDITION OF CONFINEMENT, PROTECTION OF THE LAW HAS BEEN REMOVED. *MICHAEL GERBER EXCLUSIVELY.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ACCESS TO LITIGATION MATERIAL HAS BEEN HINDERED AND IMPEDED BY THE FACILITY TO PREVENT NECESSARY

DISCOVERY TO BE ACCESSED FOR RELEASE (INCLUDING BAIL)

*ORDERS TO PRODUCE HAVE CAUSED SEVERE INJURY TO MY PROCEEDINGS THAT HAVE CAUSED IRREPERABLE DAMAGE.

*RIGHT TO ACCESS INFORMATION ACT HAS CAUSE BEEN HINDERED AND IMPEDED.

*WRIT OF HABEAS FROM LEGAL RESEARCH ASSOCIATES WAS REMOVED FROM PROCESSING BY THE FACILITY COUNSELOR/LAW LIBRARY PREVENTED FROM COMPLETION & IMPEDED ACCESS TO MEANINGFUL ACCESS HAS BEEN HINDERED AND IMPEDED MULTIPLE TIMES DURING CUSTODY FROM LEGAL RESEARCH ASSOCIATES DIRECTLY WHILE THE KIOSK INSIDE THE HOUSING MODULE GOES OBSTRUCTED AS DOES LEGAL PHONE CALL'S AND PROCESSING REJECTIONS OF MAIL, INCLUDING SUPPLIES BY CONTINUOUS LOCK DOWNS DENY ALL FORMS OF ACCESS TO COURTS OR COUNSEL HAVE CAUSED CORPORAL INJURY TO NON-FUNDAMENTAL PROCEEDINGS FOR ADDITIONAL SUBMISSION OF MONEY TO EXTORT BY LAW ENFORCEMENT. *FORCED INDIGENCY IMPEDED RIGHT TO PAID REPRESENTATION OF CHOICE.

*RIGHT'S TO FINANCE HAS BEEN REMOVED PRODUCING ZERO RESULT OF PROFESSIONAL RIGHT TO ACCOUNTANT EQUALS PROOF OF EXHAUSTIVE.

*VIOLATION OF DUE PROCESS BY THE FACILITY., *FRAUDULENT LOCATION OF PROTECTIVE ORDER TO BE PROCESSED STIPULATED TO SERVICE INSTRUCTIONS.

*STATE FUNDED INDIGENCY HAS CAUSED HARDSHIP TO LENGTH OF INCARCERATION, BY INCONSISTENCY OF SUPPLIES., *RIGHT TO RECREATIONAL EXERCISE HAS PROVEN INCARCERATION TO BE HARMFUL TO EMOTIONAL TRAMA OF PHYSICAL EXPECTATION.*

*DENIED MEDICAL TREATMENT WHILE IN CUSTODY HAS HINDERED & IMPEDED RIGHTS TO ACTUAL PRODUCTION TO MEDICAL CARE HAS ADDED SEVERE MEANS OF CORPORAL INJURY TO FALSE INCARCERATION

§ 1983 SD Form
(Rev. 8/15)

4

Count 3:  The following civil right has been violated: DUE PROCESS, COMMISSARY, CORPRAL PUNISHMENT W/
(E.g., right to medical care, access to courts,
INJURY TO PERSON, SLANDER, COMMISSARY, DESTRUCTION OF PROPERTY,   CRUEL AND UNUSUAL PUNISHMENT, FAIR INCARCRATION)
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

DUE PROCESS VIOLATION FOR STATUTORY CONFINEMENT OF CAUSE FOR VIOLATION EXIST FOR DISMISSAL PRIOR TO ARRAIGNMENT, DUE TO STATUTORY ADMISSION WITHIN THE FIRST 72 HOURS TO EXIST FOR QUESTION OF CORPORAL INJURY DUE TO COMPLAINT TO BE ISSUED AFTER REVOCATION OF FOLLOWING DETAINMENT.

*INDIGENCY CAUSED BY OFFICIAL ARREST DURING OFFICIAL-ILLICIT CALL FOR SERVICE TO CAUSE INDIGENCY THAT AIDED DESTRUCTION OF PROPERTY INTERFERED W/ BASIC NEEDS THROUGH COMMISSARY ISSUEMENT OF SUMMER ADDITION PURCHASE OF POSTAGE NECESSARY REQUIREMENT HINDERED AND INVADED USE OF PREVIOUS FUNDING INVADED ACCESS MEANINGFUL TO COURTS WHILE WELFARE PACKS WERE NOT PROVIDED BY COMMISSARY SPECIFICALLY ON DUE COURSE DATES TO PROVIDE ADDITIONAL ENVELOPES FOR MAILING.

*CAUSE FOR ADDITIONAL INJURY EXIST BY DENIAL OF RIGHTS TO ACCOUNTING OR PERSONAL INFORMATION TO FAMILY WAS VOIDED PREVENTING FUNDING FOR COMMISSARY WOULD HAVE PROVIDED A DIFFERENT MEANS TO INCARCERATION INSTEAD OF STATE FUNDING THAT WAS WITH HELD TO CAUSE CORPRAL PUNISHMENT FOR INJURY.

**CORPRAL INJURY UPON PERSON TO INFLICT EMOTIONAL TRAMA.*

*OFFICERS INTENTIONALLY W/ MALICE WANTON INTENT MAKE THREATS DURING TRANSIT FOR USE OF FORCE WHILE LEAVING CLOTHING ON THE GROUND AT SCENE TO CAUSE PRE-MEDITATED INJURY WITH CORPRAL INTENT ROLLING THE WINDOWS DOWN UPON UNLAWFUL DETAINMENT DRIVING AT FIVE WAY SPEEDS IN THE RAIN AND COLD WEATHER ABOVE 70 MPH W/ ADDITIONAL TRANSPORT TO STATE CORONARS W/ OUT COURT ORDER OVER THE ELEVATION OF THE BRIDGE TO AND FROM TO ASSIST IN UN-LAWFUL TAKING OF FREEDOM AND MEDICAL MIS-CONDUCT IN THE FACILITY WITH CONTINUED ASSAULTS, BATTERY REPEATED USES OF FORCE EXCEEDING CORPRAL INJURY TO CAUSE ADDITIONAL INJURY PLAINTIFF WAS PHYSICALLY DRUG BY OFFICERS OVER 200 FEET AFTER MAXIMUM RESTRAINT WRAPS WERE DEPLOYED DURING ROBBERY TO INDUCE FORCE TO INFLICT INJURY PRE-MEDITATED DURING CALL FOR SERVICE. *OFFICERS KNOWINGLY DESTROYED PROPERTY ON SCENE TO AVOID PROSECUTION, DESTROYED ADDITIONAL PROPERTY AT HEADQUARTERS W/ OUT PROPERTY REPORTS CHAIN OF CUSTODY REMOVING KEYS & IDENTIFICATION, RETURNING BACK TO THE SCENE TO CONDUCT AN ILLEGAL SEARCH AND SEIZURE W/ INTENT TO ENTER THE PROPERTY OF RESIDENCE TO INFLICT ILLICIT FORCE DURING ILLEGAL ENTRY USING KEYS PROVIDED DURING AN ILLEGAL INVESTIGATION →

§ 1983 SD Form
(Rev. 8/15)

COUNT 3 CONTINUED:

CAUSE OF ACTION
Con...

OF Forken.



# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.  July 16th 2025.
*ES IMPORTANTE para la persona que reciba ésta carta lea el reverse de ésta página.*

| Name:<br>*Nombre:* | Booking No.:<br>*Número de recluso:* | Facility:<br>*Institución:* | Housing Unit:<br>*Unidad de habitación:* |
|---|---|---|---|
| CHRIS HAWKINS. | 25710758 | Down Town | 00U/6/5/09. |

*Continued Count 3: UNLAWFUL ENTRY INTO RESIDENCE To Commit Illegal SEARCH To Commit Action,

*Supporting Facts: * FOR FRAUDULENT means To Commit EXtortion By ROBBERY OF Supported PROPERTY To BE REMOVED (OFFICERS RETURNED W/ THE KEY TO TRY It ANYWHERE HE COULD FIT It W/ THE Intent To VIOLATE THE LAW, CAUSE INJURY AND INFLICT HARM UPON PERSON UN RELATED TO INCIDENT'S POST MORTEM ABUSE OF DISCUSSION W/ THE Intent TO VACATE THE PROPERTY VOID TO RESIDENCY). IN REPRISAL FOR THREATS HE HIM SELF CAUSED THRU COLLATORAL ABUSE TO FORCE EXTREME MENTAL BREAK DOWN RELEVANT TO MURDER. *

**OVER / *VEA AL REVERSO***

J-56 FRONT (Rev. 01/23)

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:

_(MICHAEL GARCIA)_
_(WILLIAM TRAHAN)_
_(JACOB BOWEN)_

Plaintiffs: _CHRIS HAWKINS._

Defendants: _SAN DIEGO POLICE DEPARTMENT, R#1, OFFICE OF ASSIGNED COUNSEL, DOES 1-10, HAWKINS V. BRIGITE R#1, SAN DIEGO SUPERIOR COURT R#1_

(b) Name of the court and docket number: _SUPERIOR COURT, SCD-283104, SCD-288450_

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _FALSE ARREST, ILLEGAL SEARCH AND SEIZURE, ILLEGAL DETAINMENT, FALSE INCARCERATION, CONCEALMENT OF EVIDENCE, DESTRUCTION OF EVIDENCE.,_

(e) Approximate date case was filed: _10|2020._

(f) Approximate date of disposition: _12|2021,_

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

_HINDERED & IGNORED._

§ 1983 SD Form
(Rev. 8/15)

6

*JASON JUDGE TO BE A MENTALLY ILL DISEASE*
*DANGEROUS TO INFLICT ADDITION DAMAGE.*

\* 3

---

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

TRO

1. An injunction preventing defendant(s):

RESTRAINING ORDER ON PERSON AND FAMILY.

PROTECTIVE ORDER ON DISCOVERY FOR DESTRUCTION OF PROPERTY TO PRODUCE FALSE POLICE REPORTS TO REMOVE DISCOVERY THAT AQUITS FOR FALSE IMPRISONMENT TO EXTORT LOCAL BUSINESS OWNER MONICA BERKI & HER FAMILY TO PRESENT FALSE EVIDENCE MALICIOUS TO INTENT OF MURDER, FOR MALICIOUS PROTECTION INCLUDING DISTRICT ATTORNEY, SAN DIEGO PD.

2. Damages in the sum of $ __895,000,000.00__ .

3. Punitive damages in the sum of $ __66,000,895.21__ .

4. Other: __EXEMPLARY DAMAGES FOR EXTORTION TO FINANCIAL DESTRUCTION W/ INTENTS TO REALITY OF ALL__ PARTIES INCURED, FALSE IMPRISONMENT, CORPORAL PUNISHMENT W/ PERMANENT DAMAGE TO DISABLED INCLUDING CRUEL & UNUSUAL CORPORAL INJURY.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

\* DAMAGES EXIST TO PUNITIVE FOR SANCTIONS DURING CUSTODY.

__July 14th 2025.__
Date

DATE OF MAILING :
__July 21st 2025.__

__CHRIS HAWKINS.__
Signature of Plaintiff

__SIGNED UNDER PENALTY OF PERJURY.__
July 21st 2025, 11:39A.

§ 1983 SD Form
(Rev. 8/15)

7

\* REQUEST FOR FULL CORPORATE PARTIAL SETTLEMENT CLOSURE ONE LUMP SUM. /TH/

CHRIS HAWKINS.
25710758.
DOB 6/8/09.

1173 FRONT STREET
SAN DIEGO, CA, 92101.

RESIDENTIAL MAILING ADDRESS:

3315 OCEAN FRONT WALK
MISSION BEACH, CA, 92109.
CASA DE ORO APARTMENTS
6795 70th STREET #80
MESA, CA, 92115, ATTN: William SCHERLING.

UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF CALIFORNIA.
OFFICE OF THE CLERK.

333 WEST BROADWAY, Suite 420
SAN DIEGO, CA, 92101.

42. U.S.C. §1983.

RECEIVED
JUL 2 5 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

CONFIDENTIAL
LEGAL MAIL.

AB