UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HAWKINS,<br>Booking No. 2571058,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK KINNSER, Duty Sworn Police Officer #7936; NOAH A. SALDANA, Duty Sworn Police Officer #1806; SAN DIEGO POLICE DEPARTMENT; RIVE APARTMENTS; JESUS MARTIN DEL CAMPO; DYLAN McGILL, Duty Sworn Police Officer #1896; FILIBERTO TAPIA, #7821; MITCHELL R. FORD, Duty Sworn Police Officer #5582; SAN DIEGO PROBATION; DISTRICT ATTORNEY OF SAN DIEGO; RICHARD SULLIVAN, Duty Sworn Police Officer #7406; SAN DIEGO COUNTY JAIL; STATE OF CALIFORNIA; COUNTY OF SAN DIEGO; CITY OF SAN DIEGO,<br>　　　　　　　　　　Defendants. | Case No.: 3:25-cv-1956-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

　　On October 17, 2025, the Court issued an Order denying Plaintiff Chris Hawkins's ("Plaintiff") Motion to Proceed In Forma Pauperis (ECF No. 2) and dismissing this action without prejudice. (ECF No. 5.) The same day, the Clerk of the Court entered Judgment in

accordance with the Order and closed the case. (ECF No. 6.)

On November 3, 2025, copies of the Order (ECF No. 5) and the Clerk's Judgment (ECF No. 6) that had been mailed to Plaintiff's primary address were returned as undeliverable. (ECF No. 7.)

The docket reflects that Plaintiff listed an alternative address on his filings. (*See* ECF No. 3 at 3; ECF No. 4 at 3.)

IT IS HEREBY ORDERED that the Clerk of the Court shall mail copies of the October 17, 2025 Order (ECF No. 5), the Clerk's Judgment (ECF No. 6), and this Order to Plaintiff's alternative address: "Casa de Oro Apartments, 3795 70th Street, Number 80, La Mesa, CA, 92115."

Dated: November 12, 2025

Hon. William Q. Hayes
United States District Court